**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

July 15, 2026

**BY ECF**
The Honorable Arun Subramanian
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

**Re: *United States v. Jamal Morris*, 26 Cr. 147 (AS)**

Dear Judge Subramanian:

The Government respectfully writes, with the consent of the defendant, to request that the Court order the below agreed-upon pretrial and trial-related deadlines, in advance of the September 14, 2026 trial scheduled in the above-referenced matter:

- Expert disclosures, pursuant to Rule 16, to be exchanged, and Government's Rule 404(b) notice to be filed, by August 7, 2026;
- Motions *in limine*, requests to charge, and proposed *voir dire* to be filed by August 14, 2026;
- Responses and objections, if any, to motions *in limine* to be filed by August 28, 2026;
- Government to provide Section 3500 material; both parties to exchange preliminary exhibits and exhibit lists; and defense to produce Rule 26.2 material by September 7, 2026.

Respectfully submitted,

JAY CLAYTON
United States Attorney

By: [signature]
Samantha Fry
Christian Hines
Assistant United States Attorneys
Tel.: (212) 637-2490 / (212) 637-2631

The proposed schedule is ADOPTED. The Clerk of Court is respectfully directed to terminate the motion at Dkt. 12.

SO ORDERED.

[signature]
Arun Subramanian, U.S.D.J.
Date: July 20, 2026

cc: Jonathan Marvinny, Esq. (by ECF)