UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

JAMAL MORRIS,

Defendant.

26-cr-147 (AS)

ORDER

ARUN SUBRAMANIAN, United States District Judge:

Due to congestion with trials and jurors in this District, trial in this matter will now commence on Tuesday, September 15, 2026, at 9:00 AM.

SO ORDERED.

Dated: July 30, 2026
New York, New York

ARUN SUBRAMANIAN
United States District Judge