UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | ~~[PROPOSED]~~ **ORDER** |
| - v. - | : | 26 Cr. 147 (AS) |
| JAMAL MORRIS, | : | |
| Defendant. | : | |

------------------------------------------------------------x

Upon the request of defendant Jamal Morris, by his counsel Jonathan Marvinny, Esq., and Joy Chen, Esq., and with good cause shown it is hereby

**ORDERED** that the Bureau of Prisons, the Metropolitan Detention Center – Brooklyn, and the United States Marshals Service accept the following clothing for Mr. Morris, Register Number 54048-512, to wear for appearances at his trial commencing on September 15, 2026, and continuing thereafter:

1. two suit jackets;
2. two pairs of slacks;
3. three button-down shirts;
4. two ties;
5. two pairs of socks;
6. one pair of shoes;
7. one belt.

Dated: New York, New York

September 3, 2026

**SO ORDERED:**

**HONORABLE ARUN SUBRAMANIAN**
United States District Judge