Federal Defenders
OF NEW YORK, INC.

Southern District
52 Duane Street, 10th Floor
New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Tamara Giwa
*Executive Director*

Jennifer L. Brown
*Attorney-in-Charge*

September 8, 2026

By ECF

Honorable Arun Subramanian
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Application GRANTED. The Court hereby vacates the writ previously entered at Dkt. 33 and relieves any obligation to produce the witness for trial.

The Clerk of Court is respectfully directed to terminate the motion at Dkt. 39.

SO ORDERED.

Arun Subramanian, U.S.D.J.
Dated: Setpember 8, 2026

**Re: United States v. Jamal Morris, 26 Cr. 147 (AS)**

Dear Judge Subramanian:

Following today's conference, we write to inform the Court that the defense no longer intends to call Marlon Smith as a witness at trial. Accordingly, we respectfully request that the Court vacate the previously issued writ of habeas corpus *ad testificandum* at ECF 33. We further request that the U.S. Marshals Service and the witness's custodian be relieved of any obligation to produce the witness pursuant to the writ.

Thank you for your attention to this matter.

Respectfully submitted,

/s/
Joy Chen
Jonathan Marvinny
Assistant Federal Defenders
212.417.8700

cc: Samantha Fry, Esq.
Christian Hines, Esq.
David Robles, Esq.