UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

JAMAL MORRIS,

Defendant.

26-CR-147 (AS)

ORDER

ARUN SUBRAMANIAN, United States District Judge:

The motions in limine, Dkts. 26, 29, and 37 and those filed under seal, are decided in accordance with the reasons given at the final pretrial conference on September 8, 2026. The court reserves ruling on the government's motion to admit statements made by the bodega clerk to responding officers, Dkt. 26, pending the parties' submissions regarding whether the statements are barred by the Confrontation Clause. The government has until 5 pm on September 9, 2026, to submit additional authorities, and the defendant has until 5 pm on September 10, 2026 to respond.

The Clerk of Court is respectfully directed to close the motions at Dkts. 26, 29, 37.

SO ORDERED.

Dated: September 9, 2026
New York, New York

ARUN SUBRAMANIAN
United States District Judge