UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

JAMAL MORRIS,

Defendant.

26-cr-147 (AS)

ORDER

ARUN SUBRAMANIAN, United States District Judge:

A jury trial was held in this matter. The jury reached a verdict of Not Guilty as to Count One of Indictment 26-cr-147 (AS). As stated on the record, the Court GRANTS the Defendant's motion for a Judgment of Acquittal, subject to any detainer, and ORDERS his release from custody in this case.

SO ORDERED.

Dated: September 18, 2026
New York, New York

ARUN SUBRAMANIAN
United States District Judge